
# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Jessica MONTOYA,<br><br>  Defendant. | Case No.: '21 MJ01723<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about May 1, 2021, within the Southern District of California, Jessica MONTOYA, did knowingly and intentionally import approximately 43.46 kilograms (95.81 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about May 1, 2021, within the Southern District of California, Jessica MONTOYA did knowingly and intentionally import approximately 10.36 kilograms (22.83 pounds), of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Brian J. Holerud
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd of May 2021.

HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

I, Special Agent Brian Holerud, declare under penalty of perjury, the following is true and correct:

On May 1, 2021, at approximately 5:55 AM, Jessica MONTOYA, ("MONTOYA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #25. MONTOYA was the driver, and registered owner of a 2017 Nissan Sentra ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from MONTOYA. MONTOYA stated she was crossing the border to go to San Diego, California.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the open left door of the vehicle.

Further inspection of the vehicle resulted in the discovery of 97 total packages concealed in compartments within the floor of the vehicle. 88 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 43.46 kgs (95.81 lbs); 9 of

1

the packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 10.36 kgs (22.83 lbs).

MONTOYA was placed under arrest at approximately 10:20 AM.

During a post-Miranda interview, MONTOYA denied knowledge that the narcotics were in the vehicle. MONTOYA stated that she was going to a store in San Diego to get medicine for her child.

MONTOYA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance. MONTOYA is scheduled to be booked into the GEO Group-Western Region Detention Facility.

Executed on May 1, 2021, at __2:50 PM__

_[signature]_

Brian J. Holerud, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, Jessica MONTOYA, named in this probable cause statement, committed the offense on May 1, 2021, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_[signature]_          **15:35, May 1, 2021**

Hon. William V. Gallo          Date/Time

United States Magistrate Judge

3